NO. 13-2320

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

KIRBY B. MCZEKE,

                                                                Plaintiff-Appellant,

vs.

HORRY COUNTY,

                                                                Respondent-Appellee,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA          AT FLORENCE DIVISION

_____

**APPELLEE'S MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S RESPONSE BRIEF**
_____

Pursuant to Rule 27, Federal Rules of Appellate Procedure, the Appellee, Horry County, through its undersigned counsel, and with the consent of the Appellant's counsel, hereby requests of this Honorable Court for an extension of time of twenty-one (21) days in which to file Appellee's Response Brief upon the following grounds:

The Appellee's Response Brief is now due June 18, 2014 pursuant to the Briefing Order filed in this matter at Docket No. 23. The undersigned counsel has had a death in his immediate family and requests additional time to complete the Appellee's Response Brief. Also, the present deadline of June 18, 2014, does not give undersigned counsel enough time to prepare Appellee's Response Brief within the time frame given. With the extension, the Appellee's Response Brief would be due July 9, 2014. This extension would also affect the Reply Brief deadline.

This is Appellee's first request for extension of time to file Appellee's Response Brief and it is within the timeframe of the above-referenced Briefing Order. The parties agree that no party will be prejudiced by such an amendment and that justice requires that the amendment be granted.

The undersigned counsel for the Appellee certifies that he has consulted with opposing counsel who has consented to this request.

Respectfully submitted,

                                                WILLCOX, BUYCK & WILLIAMS, P.A.

                                                BY:_____s/Mark W. Buyck, III_____
                                                       Mark E. Buyck, III (#1613)
                                                       248 West Evans Street (29501)
                                                       Post Office Box 1909
                                                       Florence, South Carolina  29503
                                                       Phone    843-662-3258
                                                       Fax        843-662-1342

                                                Attorneys for Appellee

June 17, 2014
Florence, SC